No. 488. KOMADA & CO., PETITIONER, *v.* THE UNITED STATES. November 30, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John M. Thurston, Mr. Thomas Fitch, Mr. J. J. Dunne* and *Mr. W. Wickham Smith* for petitioner. *The Attorney General, The Solicitor General* and *Mr. J. C. McReynolds* for respondent.

---

No. 597. E. M. DELK, PETITIONER, *v.* ST. LOUIS & SAN FRANCISCO RAILROAD COMPANY. November 30, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Frederic D. McKenney* and *Mr. L. M. Walter* for petitioner. *Mr. W. F. Evans* for respondent.

---

No. 625. W. J. MURRAY ET AL., ETC., PETITIONERS, *v.* WILSON DISTILLING COMPANY ET AL. December 7, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit granted. *Mr. B. L. Abney, Mr. W. F. Stevenson, Mr. J. Fraser Lyon* and *Mr. D. W. Rountree* for petitioners. *Mr. T. Moultrie Mordecai, Mr. Alfred S. Barnard* and *Mr. Frank Carter* for respondents.